UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| MARK ALAN JORDAN | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:13-0074 |
| | ) CHIEF JUDGE HAYNES |
| LAWRENCE COUNTY DETENTION CENTER, et al. | ) ) ) |
| Defendants. | ) |

## MEMORANDUM

Plaintiff, Mark Alan Jordan, an inmate at the Lawrence County Detention Center in Lawrenceburg, Tennessee, filed this pro se action under 42 U.S.C. § 1983 against the Defendants: Lawrence County Detention Center; the Lawrence County medical provider and the Lawrence County medical staff. According to his complaint, in February, Plaintiff suffered a hernia while on a work detail. Plaintiff alleges that the defendants have refused to treat the hernia, causing him a great deal of pain and Plaintiff has not been seen by a doctor since his injury.

Neither the Lawrence County Detention Center nor the Lawrence County medical staff is a person that can be sued in a Section 1983 action. Rhodes v. McDannel, 945 F.2d 117, 120 (6th Cir. 1991). The Defendant Lawrence County medical provider is not identified by name, but Plaintiff's complaint refers to this Defendant as One Stop Medical.

Denial of medical care, a serious medical condition for a period of several months states a viable medical care claim under the Eighth or Fourteenth Amendment. Estelle v. Gamble, 429 U.S. 97, 104-05 (1976); City of Revere v. Massachusetts General Hosp., 463 U.S. 239, 344-46 (1983); Byrd v. Wilson, 701 F2d 592, 595 (6th Cir. 1983).

1

Denial of medical care that causes unnecessary suffering also states a claim. Estelle, 429 U.S. at 103.

An appropriate Order is filed herewith.

**ENTERED** this the __12th__ day of September, 2013.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court